JS-6

1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TRUSTEES OF THE SOUTHERN              Case No. 2:19-cv-00908-PSG-GJS
     CALIFORNIA IBEW-NECA PENSION
12   PLAN, TRUSTEES OF THE SOUTHERN        ASSIGNED TO THE HONORABLE
     CALIFORNIA IBEW-NECA DEFINED          PHILIP S. GUTIERREZ
13   CONTRIBUTION TRUST FUND;
     TRUSTEES OF THE SOUTHERN              **JUDGMENT**
14   CALIFORNIA IBEW-NECA HEALTH
     TRUST FUND, TRUSTEES OF THE
15   SOUTHERN CALIFORNIA IBEW-NECA
     SUPPLEMENTAL UNEMPLOYMENT
16   BENEFIT TRUST FUND, TRUSTEES OF
     THE LOS ANGELES COUNTY
17   ELECTRICAL EDUCATIONAL AND
     TRAINING TRUST FUND, TRUSTEES
18   OF THE NATIONAL ELECTRICAL
     BENEFIT FUND, TRUSTEES OF
19   SOUTHERN CALIFORNIA IBEW-NECA
     LABOR-MANAGEMENT
20   COOPERATION COMMITTEE,
     TRUSTEES OF THE NATIONAL NECA-
21   IBEW LABOR-MANAGEMENT
     COOPERATION COMMITTEE TRUST
22   FUND, CONTRACT COMPLIANCE
     FUND, and LOS ANGELES
23   ELECTRICAL WORKERS CREDIT
     UNION,
24
25                        Plaintiffs,
26
27             v.
28

———————————————————————————————
                            1
                      **JUDGMENT**
1418291

1 | GEM CONTRACTORS GROUP INC., a
California corporation

2

3 | Defendant

4    This action having been commenced on February 6, 2019, and the Court having

5 approved the stipulation for entry of judgment in favor of Plaintiffs and against

6 Defendant, and for good cause shown,

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

8    Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan,

9 Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund,

10 Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the

11 Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund,

12 Trustees of the Los Angeles County Electrical Educational and Training Trust Fund,

13 Trustees of the National Electrical Benefit Fund, Trustees of Southern California

14 IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National

15 NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Contract

16 Compliance Fund, and Los Angeles Electrical Workers Credit Union, shall recover

17 from Defendant, GEM Contractors Group Inc., a California corporation, the principal

18 amount of $40,000.00, plus pre-judgment and post-judgment interest thereon at the

19 rate of 8% per annum from July 1, 2020, until paid in full.

20

21

22 Dated: ___July 8, 2020___    _____

23    HONORABLE R. PHILIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**JUDGMENT**

1418291